**Memorandum Order issued February 22, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-17-00824-CV

————————————

**CONNIE HINOJOSA, Appellant**

**V.**

**METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY, TEXAS, FIRST TRANSIT, INC., AND MERICA EUBANKS, Appellees**

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Case No. 2016-48853**

---

## MEMORANDUM ORDER

Appellant, Connie Hinojosa, has filed a partial motion to dismiss her appeal against appellees First Transit, Inc. and Merica Eubanks, and further requests that this Court assess costs against the party that incurred them. *See* TEX. R. APP. P. 42.1(a)(1), (b), (d). Appellant states that she continues to pursue her appeal against

appellee Metropolitan Transit Authority of Harris County, Texas. While the certificate of conference attached to the motion to dismiss indicates that no response had been received from appellees' counsel, this motion has been on file with this Court for more than ten days, and no party has responded to the motion. *See id.* 10.1(a)(5), 10.3(a)(2). No other party has filed a notice of appeal and no opinion has issued. *See id.* 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal against appellees First Transit, Inc. and Merica Eubanks, with costs to be taxed against the party who incurred the same. *See id.* 42.1(a)(1), (d), 43.2(f). The appeal against appellee Metropolitan Transit Authority of Harris County, Texas, remains pending. *See id.* 42.1(b).

**PER CURIAM**

Panel consists of Justices Jennings, Keyes, and Higley.